

FILED
JAMES BONINI
CLERK

'06 AUG -3 AM 10: 27

U.S. ... COURT
SOU... IST OHIO
WEST D... CINCINNATI

# MEMORANDUM

**To:**       Honorable Sandra S. Beckwith
             Chief United States District Judge

**From:**    Thomas A. Barbeau
             United States Probation Officer

**Re:**      STIER, James
             Docket No. CR-1-02-085
             **REQUEST FOR PERMISSION TO RELEASE MEDICAL RECORDS**

**Date:**    August 1, 2006

James R. Stier appeared before the Court on November 18, 2002, and was sentenced to 37 months imprisonment, to be followed by three years of supervised release, after being convicted of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Stier commenced his term of supervised release on March 1, 2005, and he is being supervised by this officer.

Stier suffers from numerous physical health problems. During the presentence investigation, Stier reported he was attacked several years ago and received head trauma. In addition, he claimed he suffered from a degenerative spine disease. Medical records were obtained during the course of the offender's presentence investigation and records were obtained from the Federal Bureau of Prisons following the offender's release from imprisonment.

The offender is currently in the process of applying for disability benefits. He is participating in substance abuse and mental health counseling, and he has been provided a case manager. It is the opinion of his counselor that the offender demonstrates several cognitive and life skills deficiencies. It is his opinion the offender is not capable of maintaining employment at this time due to his limitations.

To assist authorities make a determination regarding the offender's disability, the offender has requested that this officer provide him copies of his medical records. This officer respectfully requests that the Court grant permission allowing this officer to make copies of the medical records from Mercy Health Partners and the U.S. Bureau of Prisons that are contained in the offender's file

so they may be provided to the offender. It is this officer's understanding that the offender will pass the records on to those individuals who are making a determination regarding his disability eligibility.

This officer thanks the Court for its consideration in this matter. Should there be any questions, this officer may be contacted at (513) 564-7565.

Respectfully submitted:

*J. A. Barbeau*

Thomas A. Barbeau
United States Probation Officer

Reviewed and Approved:

*John C. Cole*
John C. Cole, Supervising
United States Probation Officer

TAB:rrf

___✓___    The Court hereby **grants** the probation officer permission to provide the offender copies of the medical records contained in his probation file.

_____    The Court hereby **denies** the probation officer permission to provide the offender copies of the medical records contained in his probation file.

*Sandra S. Beckwith*
Sandra S. Beckwith, Chief
United States District Judge
Date   8/3/06