PROB 12A
(12/98)
James R Stier
1:02CR00085

# United States District Court

for

## Southern District of Ohio

07 MAY 17 AM 8:46

### Report on Offender Under Supervision

Name of Offender: **James R Stier**                                   Case Number: **1:02CR00085**

Name of Sentencing Judicial Officer:    **The Honorable Sandra S. Beckwith**
                                        **Chief United States District Judge**

Date of Original Sentence: **November 18, 2002**

Original Offense: **Possession of Firearm by Convicted Felon, in violation of 18 U.S.C. 922(g)(1) and 924(a)(2)**

Original Sentence: **37 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**     Date Supervision Commenced: **March 10, 2005**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 New law violation: "The defendant shall not commit another federal, state, or local crime." | On April 27, 2007, Stier was charged with Domestic Violence in Brown County, Ohio Municipal Court Case number CRB 0700461. It is alleged that on April 27, 2007, Stier pushed his adult son during an argument. |
| | Nature of Noncompliance |
| #2 Condition No. 4: "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." | This officer directed the offender to abstain from consumption of alcohol on April 12, 2005, October 6, 2005, and January 5, 2006. Stier admitted to this officer that he had consumed alcohol on April 27, 2007 |

U.S. Probation Officer Action: The defendant was convicted of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), on November 18, 2002 and sentenced to 37 months imprisonment to be followed by 36 months Supervised Release. He commenced his Supervised Release on March 1, 2005. He is residing in a rural area of Brown County, Ohio with the mother and step-father of his deceased wife. On August 9, 2006, this officer submitted a report notifying the Court Stier was convicted of Disorderly

PROB 12A
(12/98)
James R Stier
1:02CR00085

2

Conduct in Brown County, Ohio after consuming alcohol at his home. The Court concurred with this officer's recommendation that no action be taken against the offender. Stier is disabled and receives Social Security benefits. He is currently involved in mental health, physical health, and substance abuse treatment with a treatment team with Brown County Recovery Services in Georgetown, Ohio.

Stier was charged with Domestic Violence in Brown County, Ohio on April 27, 2007. It is alleged he pushed his adult son, Robert, during an argument. Originally, officers were advised Stier had some type of weapon during the altercation. However, no weapon was located when they arrived on seen or searched the offender, and it was denied Stier had a weapon. Arresting officers allegedly found Stier intoxicated and hiding in a closet, and he also had blood around his mouth. This officer has directed the offender to abstain from consumption of alcohol on several occasions.

This officer interviewed the alleged victim, Robert Stier. He denied Stier pushed him and stated he does not know why he was charged. Robert Stier stated the argument was only verbal. The offender was also interviewed. He stated he consumed two beers which he found in a bag in his front yard. He stated his mother-in-law no longer allows alcohol in the home. He believes he became impaired when the beer he drank combined with the medication he is taking. He stated he had a verbal argument with Robert Stier after Robert mowed over some of Stier's plants. He stated he became scared when he saw the police arrive and he hid in Robert's mobile home next door.

On prior visits to the offender's home, this officer observed numerous empty beer cans about the premises. He has received information that a family member in the home is an active alcoholic. Furthermore, this officer has observed the conditions in the home to be unsanitary. It is the opinion of this officer and Stier's treatment team that it would be beneficial for him to reside in his own housing, preferably in Georgetown, Ohio. He is receiving Social Security disability benefits and may qualify for housing assistance. Residing in Georgetown, Ohio would remove him from his current home environment and bring him closer to his treatment provider. He would continue to receive services. This option was presented to Stier by this officer on May 11, 2007. Stier became tearful, stating he does not wish to move away from his family and the property upon which they live. He stated he was in the process of obtaining a mobile home that he intends to place on the property but that would allow him to live separately. This officer indicated he would consider letting the offender stay on the property if he obtained his own housing. His treatment provider could continue to provide transportation to services.

It is this officer's recommendation that no action be taken against the offender regarding the above alleged violation. This officer will direct the offender to secure independent housing either in Georgetown, Ohio or at the property upon which he currently resides, within 30 days. He will also be directed to continue participation in treatment with Brown County Recovery Services.

Respectfully submitted,                          Approved,

by  _____          by  _____
    **Thomas Barbeau**                           **John Cole**
    U. S. Probation Officer                      Supervising U. S. Probation Officer
    Date:    May 11, 2007                        Date:    May 11, 2007

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

5/16/07
Date