PROB 12A
(12/98)
STIER, James
1:02CR00085



# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: **James R Stier** | Case Number: **1:02CR00085** |
| Name of Sentencing Judicial Officer: | **The Honorable Sandra S. Beckwith**<br>**Chief United States District Judge** |
| Date of Original Sentence: | **November 18, 2002** |
| Original Offense: | **Possession of Firearm by Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2** |
| Original Sentence: | **37 month(s) prison, 36 month(s) supervised release** |
| Type of Supervision: **Term Of Supervised Release** | Date Supervision Commenced: **March 10, 2005** |

## NON-COMPLIANCE SUMMARY

On May 11, 2007, this officer submitted a report notifying the Court that the offender had been charged with Domestic Violence in Brown County April 27, 2007, and that he had consumed alcohol on that date. This officer recommended no action be taken against the offender, with the understanding that he would be directed to obtain independent housing either in Georgetown, Ohio or at the property upon which he currently resides, within 30 days. The Court adopted this officer's recommendation on May 16, 2007. It is noted the Domestic Violence charge was dismissed on May 29, 2007. This officer is writing to advise the Court that Stier has not secured independent housing as directed.

Stier currently resides in the home of his mother-in-law, Veronica Logan. On June 29, 2007, the offender advised this officer that his son, Robert, who lived in a trailer located on Logan's property, was moving and he was purchasing the trailer to reside in. He indicated electricity and plumbing needed to be run to the structure. This officer advised Stier that he could reside in the trailer as long as the necessary utilities were properly installed and the dwelling met standards of livability.

This officer conducted a home visit on August 3, 2007 to verify Stier had moved as directed. This officer was informed that Stier had not yet moved. It was alleged that Stier's son had indeed moved out, but had left all his belongings and taken the key. Although the utilities had not yet been installed, this officer was informed that the electric company is scheduled to install the electricity within one week, and water and sewage will be installed. The family plans to remove the belongings of Stier's son from the trailer. This officer directed the offender to complete the move within two weeks. As Stier appears to be taking steps to comply with the Court's directive to obtain independent housing, it is recommended the Court take no action against him for failing to do so within the 30 day deadline. This officer will submit an updated report on the offender's status.

PROB 12A
(12/98)
STIER, James
1:02CR00085

2

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *[signature]* | by | *[signature]* |
|  | **Thomas Barbeau** |  | **John Cole** |
|  | U. S. Probation Officer |  | Supervising U. S. Probation Officer |
|  | Date:  **August 3, 2007** |  | Date:  **August 3, 2007** |

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

8/7/07
Date