PROB 12A
(12/98)
RE:   STIER, James
      1:02CR00085

# United States District Court
## for
## Southern District of Ohio
## Report on Offender Under Supervision

FILED
2008 JAN 29 AM 7:45

| | | |
|---|---|---|
| Name of Offender: | James R Stier | Case Number: 1:02CR00085 |
| Name of Sentencing Judicial Officer: | The Honorable Sandra S. Beckwith<br>Chief United States District Judge | |
| Date of Original Sentence: | November 18, 2002 | |
| Original Offense: | Possession of Firearm by Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), a Class C Felony | |
| Original Sentence: | 37 month(s) prison, 36 month(s) supervised release | |
| Type of Supervision: **Term Of Supervised Release** | Date Supervision Commenced: **March 10, 2005** | |

## NON-COMPLIANCE SUMMARY

On May 11, 2007, this officer submitted a report notifying the Court that the offender had been charged with Domestic Violence in Brown County April 27, 2007, and that he had consumed alcohol on that date. This officer recommended no action be taken against the offender, with the understanding that he would be directed to obtain independent housing either in Georgetown, Ohio or at the property upon which he currently resides, within 30 days. The Court adopted this officer's recommendation on May 16, 2007. It is noted the Domestic Violence charge was dismissed on May 29, 2007.

On August 3, 2007, this officer wrote to advise the Court that Stier had not secured independent housing as directed. At that time, the Court concurred with this officer's recommendation that no action be taken against Stier in order to give him an additional opportunity to comply with the Court's directive to obtain independent housing.

This officer is now writing to advise the Court that Stier has made sufficient progress toward the goal of independent living. He is residing in a mobile home which stands on the property of his mother-in-law, Veronica Logan, and her husband. Stier has taken steps to remodel the structure, although the bath tub is not usable. The mobile home receives water and electricity from Logan's home, and his sewage system is tied into Logan's. The mobile home allows Stier to maintain a residence of his own yet remain close to his family support system. In addition, he has a case manager from Brown County, Ohio Recovery Services who makes regular home visits to check on his well being.

It is recommended the Court accept Stier's current living situation as being in fulfillment of its' directive for him to obtain independent living, and that the matter be considered closed.

U.S. Probation Officer Action:

Respectfully submitted,                                      Approved,

by _____                 by _____
   Thomas Barbeau                                              Robert C. Frommeyer, Jr.
   U. S. Probation Officer                                     Supervising U. S. Probation Officer
   Date:   **January 25, 2008**                                Date: 1/25/08

PROB 12A
(12/98)
RE:   STIER, James
      1:02CR00085

2

---

[✓]   I concur with the recommendation of the Probation Officer
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

_1/28/08_
Date