PROB 12A
(12/98)
RE:   STIER, James
      1:02CR00085



# United States District Court

## for

## Southern District of Ohio

2008 FEB 29  AM 9: 27

### Report on Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | James R Stier | Case Number: **1:02CR00085** |
| Name of Sentencing Judicial Officer: | **The Honorable Sandra S. Beckwith**<br>**Chief United States District Judge** | |
| Date of Original Sentence: | **November 18, 2002** | |
| Original Offense: | **Possession of Firearm by Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), a Class C Felony** | |
| Original Sentence: | **37 month(s) prison, 36 month(s) supervised release** | |
| Type of Supervision: **Term Of Supervised Release** | Date Supervision Commenced: **March 1, 2005** | |

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | **"The defendat shall report to the probation officer as directed by the probation officer or the Court and shall submit a truthful and complete written report within the first five days of each month."** |

The defendant failed to submit monthly reports in a timely fashion between January 2006 and January 2008.

U.S. Probation Officer Action:

This officer is writing to advise the Court that the offender did not submit monthly reports in a timely fashion. A review of his file indicated he did not submit any reports between January 2006 and January 2008. The offender reported to the US Probation Office at the direction of this officer on February 27, 2008. At that time, the offender completed and submitted delinquent monthly reports covering the 24 months between January 2006 and January 2008. It is respectfully recommended the Court take no action against the offender regarding the above noted violation.

| Respectfully submitted, | Approved, |
|---|---|
| by  *[signature]*<br>Thomas Barbeau<br>U. S. Probation Officer<br>Date:   **February 28, 2008** | by  *[signature]*<br>Robert C. Frommeyer, Jr.<br>Supervising U. S. Probation Officer<br>Date:   2/28/08 |

PROB 12A
(12/98)

RE:   STIER, James
      1:02CR00085

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

2/29/08
_____
Date

2